# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| LISA L. McLUCAS | CASE NUMBER: 3:05-cr-394-J-32HTS |
| | USM NUMBER: 31290-018 |
| | Defendant's Attorney: Maurice C. Grant, II |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **One, Two, Four, Five and Six (1, 2, 4, 5 & 6)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports | February 5, 2008 |
| 2 | Failure to follow the instructions of the Probation Officer | February 1, 2008 |
| 4 | Failure to notify ten days prior to any change in residence | February 4, 2008 |
| 5 | Failure to participate in Drug Aftercare Treatment | January 17, 2008 |
| 6 | Failure to participate in Mental Health Counseling | January 17, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **August 28, 2008**

_____
TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: August ___, 2008

Case 3:05-cr-00394-TJC-HTS Document 37 Filed 09/02/08 Page 2 of 2 PageID 148
AO 245D (Rev. 00/89) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: LISA L. McLUCAS | Judgment - Page 2 of 2 |
| Case No.: 3:05-cr-394-J-32HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THREE (3) MONTHS**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m. p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL